# Order

Michigan Supreme Court
Lansing, Michigan

July 10, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159160(42)(43)
159201

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* HOUSE OF REPRESENTATIVES
REQUEST FOR ADVISORY OPINION
REGARDING CONSTITUTIONALITY OF
2018 PA 368 & 369                                        SC: 159160

_____/


*In re* SENATE REQUEST FOR ADVISORY
OPINION REGARDING CONSTITUTIONALITY
OF 2018 PA 368 & 369                                     SC: 159201

_____/

       On order of the Chief Justice, the motion of the Legislature to file a reply to the briefs filed in opposition to the constitutionality of 2018 PA 368 and 2018 PA 369 and the motion of the Legislature to exceed the page limitation for the reply are GRANTED. The 15-page reply submitted on July 3, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 10, 2019

Clerk